## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

CA Bar Number: 136816

Name: Wayne P. Higgins

Firm or agency: Law Offices of Wayne P. Higgins

Address: 1100 South Hope St Ste 100, Los Angeles, Ca 90015

Telephone Number: (310)218-7573          Fax Number: _____

E-mail: _____

## SECTION III - SIGNATURES

**Withdrawing Attorney**
I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: 1/30/14          Signature: /s/
                       Name: Stephen R. Kahn

**New Attorney (if applicable)**
I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: _____          Signature: _____
                      Name: Wayne P. Higgins

**Party Represented by Withdrawing Attorney**
I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☐ substitution of counsel as specified above.
☐ representing myself *pro se* in this case.

Date: _____          Signature: _____
                      Name: Daryl Burton
                      Title: Defendant

G-01 (06/13)     REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL     Page 2 of 2